# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JORGE NOVA
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer

CASE NO. 23-1043
DATE OF PROCEEDINGS: 12/13/2023

DATE OF ARREST: 12/13/2023

**PROCEEDINGS:** Initial Appearance and Arraignment

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS  [✓] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [✓] PLEA ENTERED: [ ] GUILTY [✓] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [✓] Brady Order
- [✓] Waived reading of Indictment
- [✓] Counsel will submit a proposed scheduling order to District Judge Padin's CRD

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: $100,000
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED
- [✓] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Rachelle Navarro

DEFT. COUNSEL: Ada Nunez

PO/PTS:

INTERPRETER
Language:

TIME COMMENCED: 2:38
TIME TERMINATED: 2:47
CD NO: ECR

J. Baker
DEPUTY CLERK